IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | | |
|---|---|---|---|
| Plaintiff, | ) | | |
| v. | ) | No. | 05-00025-01-CR-W-DW |
| WALTER L. MORRIS, | ) | | |
| Defendant. | ) | | |

**ORDER**

Before the Court is Magistrate Judge Hays's Report and Recommendation to deny Defendant's Motion to Suppress Physical Evidence and Motion to Suppress Statements (Doc. 30). Defendant entered a guilty plea and was sentenced by this Court on May 19, 2005. At this sentencing the Court orally adopted the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and denies the Defendant's Motions to Suppress Physical Evidence and Statements.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: June 27, 2005